UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REDA AHMED AOUN, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-25-CV-430-JKP (HJB) |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY (USICE); THE GEO GROUP Owner Operator of South Texas Detention Facility (STDF); BOBBY THOMPSON Warden STDF in His Official Capacity; ROBERT LYNCH Field Office Director, Detroit Field Office USICE, in His Official Capacity; TODD M. LYONS Acting Director USICE in His Official Capacity; THOMAS HOMAM White House Border Czar in His Official Capacity; and KRISTI NOEM Secretary of US Department of Homeland Security in Her Official Capacity; | § § § § § § § § § § § § § § § § | |
| Respondents. | § § | |

**ORDER FOR SERVICE
AND ANSWERS/RESPONSES**

Before the Court is Petitioner Reda Ahmed Aoun's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Docket Entry 1) dated April 12, 2025, and filed on April 23, 2025. Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 3.)

It is hereby **ORDERED** that the U.S. Clerk of Court must send copies of the Petition for Writ of Habeas Corpus (Docket Entry 1) and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all federal Respondents (USICE, Detroit Field Office Director Lynch, USICE Acting Director Lyons, Border Czar Homa, and US

Dept. of Homeland Security Sec. Noem) at the following address:

> Mary F. Kruger
> U.S. Attorney's Office
> Chief, Civil Division
> 601 NW Loop 410, Suite 600
> San Antonio, Texas 78216

It is hereby **FURTHER ORDERED** that the U.S. Clerk of Court must send copies of the Petition for Writ of Habeas Corpus (Docket Entry 1) and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the on behalf of the two non-federal Respondents The Geo Group and Warden Thompson at the following addresses:

> Warden Bobby Thompson
> South Texas Detention Complex
> 566 Veteran Drive
> Pearsall, Texas 78061
>
> The Geo Group
> South Texas ICE Processing Center
> 566 Veteran Drive
> Pearsall, Texas 78061

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

It is **FURTHER ORDERED** that Respondents must file an Answer or Response to the Petition for Writ of Habeas Corpus (Docket Entry 1) within **seven (7) days** from date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **thirty (30) days** after the Respondents file their answers/responses.

**SIGNED** on April 24, 2025.

Henry J. Bemporad
United States Magistrate Judge