UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| REDA AHMED AOUN,<br><br>Petitioner,<br><br>v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY (USICE); THE GEO GROUP Owner Operator of South Texas Detention Facility (STDF); BOBBY THOMPSON Warden STDF in His Official Capacity; ROBERT LYNCH Field Office Director, Detroit Field Office USICE, in His Official Capacity; TODD M. LYONS Acting Director USICE in His Official Capacity; THOMAS HOMAM White House Border Czar in His Official Capacity; and KRISTI NOEM Secretary of US Department of Homeland Security in Her Official Capacity;<br><br>Respondents. | SA-25-CV-430-JKP |

**ORDER RETURNING
CASE TO DISTRICT COURT**

In light of the Federal Respondents' Unopposed Motion to Transfer Venue (Docket Entry 6), filed on today's date, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on May 6, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge